## LIST OF EXHIBITS

1    Government's September 12, 2012, letter to counsel

2    October 1, 2012, Email from William Swor, regarding claims made by David Stone, Sr.

3    Government's September 24, 2012, letter to Joshua Clough

4    Property List submitted by Joshua Clough

5    Joshua Clough's Addendum to Property List

6    Tina Stone's documents provided to government on October 3, 2012

7    Search warrant inventory marked by Tina Stone in August, 2012

8    May 23, 2012, letter to Michael Rataj re: possession of firearms

9    Affidavit by FBI Special Agent Leslie S. Larsen

10   Affidavit by Detective Sergeant Sandra Larsen, Michigan State Police

11   Affidavit by FBI Special Agent Mary Bustamante

12   Affidavit by FBI Paralegal Specialist Todd Koch

13   *McBean v. United States*, 43 Fed.Appx. 853, 2002 WL 1822902 (6th Cir. (Ohio) 2002)